UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number:  08-14109-CIV-MARTINEZ-LYNCH

TEXTRON FINANCIAL CORPORATION,

    Plaintiff,

vs.

AL'S MOTOR HOME & TRAILER SALES,
INC, a Florida corporation, AL'S
MOTORHOME & TRAILER SALES, INC.,
and Illinois corporation, ALAN R. BEILKE, and
GAYLE BEILKE, individually,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR ORDER OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND DISCHARGE OF BOND AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

    This MATTER is before the Court upon the Plaintiff's Motion for Order for Voluntary Dismissal and to Discharge Bond **(D.E. No. 13)**, filed on April 9, 2008.  The Plaintiff advises the Court that it has reached an agreement with the Defendant and it wishes to voluntarily dismiss the action that it brought on March 31, 2008 for a preliminary injunction, breach of contract and replevin.  The Plaintiff also asks to have the bond that it posted as security for its replevin claim discharged, given that the Court did not grant a writ of replevin or garnishment or injunctive relief and no property was taken under Court process.[1]  The Court has carefully considered the motion and is otherwise duly advised.  It is:

    **ORDERED AND ADJUDGED** that

    1. Plaintiff's Motion for Order for Voluntary Dismissal and to Discharge Bond **(D.E. No.**

---

[1] The Plaintiff does not ask that the Court discharge the Temporary Restraining Order Bond which the Plaintiff posted on March 31, 2008, however, the Court assumes that this is omission is simply an oversight.

**13)** is **GRANTED**.

2. Because no writ of replevin, or writ of gransihment, temporary restraining order or preliminary injunction was granted in this case, the Plaintiff was never required to post bond and it never incurred any liability.

3. The Bond for Replevin and Garnishment in the amount of $12,000,000.00,which the Plaintiff posted on March 31, 2008 (D.E. No. 9), is hereby RELEASED and DISCHARGED. The Clerk of the Court is DIRECTED to return the original of said Bond for Replevin and Garnishment to counsel for the Plaintiff and to substitute a true and correct copy thereof in the Court file.

4. The Temporary Restraining Order Bond in the amount of $1,000,000.00, which the Plaintiff posted on March 31, 2008 (D.E. No. 10), is hereby RELEASED and DISCHARGED. The Clerk of the Court is DIRECTED to return the original of said Temporary Restraining Order Bond to counsel for the Plaintiff and to substitute a true and correct copy thereof in the Court file.

5. No notice of entry of the Order discharging the aforementioned bonds is required because no relief was ever granted by this Court and no summons was ever served upon the Defendant.

It is further **ADJUDGED** that

5. This action is DISMISSED without prejudice.

6. All pending motions in this case are DENIED as moot, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of April, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record